Submitted on record and briefs April 22, vacated and remanded in part; otherwise affirmed July 14, 1993

## STATE OF OREGON,
*Respondent,*

*v.*

## ROGER RICE, II,
*Appellant.*

(C920156CR; CA A74746)

855 P2d 670

Sally L. Avera, Public Defender, Salem, filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Chief Judge, and Rossman and De Muniz, Judges.

PER CURIAM

## PER CURIAM

Defendant pleaded guilty to two counts of first degree burglary. ORS 164.225. The trial court imposed a 24-month sentence on each count and ordered the second count be served consecutively to the first. The state concedes that, under OAR 253-12-020(2)(a), the maximum allowable sentence for Count 2 is 18 months. We accept that concession.[1]

Sentence for Count 2 vacated and remanded for resentencing; otherwise affirmed.

---

[1] Because defendant's plea was not the result of a plea agreement with the state, ORS 138.222(2)(d) does not prohibit us from reviewing this claim of error. *See State v. Adams*, 315 Or 359, 847 P2d 397 (1993).